\* Return Copy \*

(Name) Matthew Alan Lawrie
(Address) 900 Quebec Avenue
(City, State, Zip) Corcoran, California 93212
(CDC Inmate No.) F-74464

**FILED**
MAR 06 2013
CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

2254 ____ 1983 ✓
FILING FEE PAID
Yes ____ No ____
IFP MOTION FILED
Yes ✓ No ____
COPIES SENT TO
Court ✓ ProSe ____

# United States District Court
## Southern District of California

First Amended Version

Matthew Alan Lawrie
(Enter full name of plaintiff in this action.)

State of California, Plaintiff,
v. Robert Lawrie,
Trent Lott,
County of San Diego,
Merrill Lynch,
James A. Schmiesing,
Steven Haskins,
Alice Y. Lawrie/Rodriguez,
(Enter full name of each defendant in this action.)
Blumberg Dagan LLP
Defendant(s). and does 1-100

13CV0539 LAB WVG

Civil Case No. _____
(To be supplied by Court Clerk)

Complaint Under the
Civil Rights Act
42 U.S.C. § 1983

### A. Jurisdiction

Jurisdiction is invoked pursuant to 28 U.S.C. § 1343(a)(3) and 42 U.S.C. § 1983. If you wish to assert jurisdiction under different or additional authority, list them below.

" Due Process "

### B. Parties

1. <u>Plaintiff</u>: This complaint alleges that the civil rights of Plaintiff, Matthew Alan Lawrie
(print Plaintiff's name)
, who presently resides at 900 Quebec Avenue
(mailing address or place of confinement)
Corcoran, California 93212, were violated by the actions

of the below named individuals. The actions were directed against Plaintiff at San Diego, California
Vista Superior Court Dept. 4    on (dates) 7/24/06, 7/7/06, and 1/15/02.
(institution/place where violation occurred)    (Count 1)    (Count 2)    (Count 3)

2. <u>Defendants</u>: (Attach same information on additional pages if you are naming more than 4 defendants.)

Defendant **Robert Lawrie** (name) resides in **Alabama, Jasper** (County of residence), and is employed as a **Retired Consultant for Lawrie+ca** (defendant's position/title (if any)). This defendant is sued in (his)/her ☒ individual   official capacity. (Check one or both.) Explain how this defendant was acting under color of law: My uncle, Robert Lawrie committed fraud when he reported that an IRA 272-81615 was outside of Alan F. Lawrie Trust causing Plaintiff to lose over $50,000,000.00 from Estate and caused 7-7-06 PN26595 Court order for Taxes on my inheritance under false pretenses.

Defendant **Trent Lott** (name) resides in **Mississippi USA** (County of residence), and is employed as a **Former Senator and Republican Whip** (defendant's position/title (if any)). This defendant is sued in his/her ☒ individual ☒ official capacity. (Check one or both.) Explain how this defendant was acting under color of law: Trent Lott, mastermind of Alan F. Lawrie will+trust fraud. During the month of January I tried to contest my dads will. In February I filed PI 83751 Contest in Superior Court. During February of 2003 the then Senator Trent Lott and his wife in their green Chrysler Town +Country van with faux wood trim threatened me at Quivera basin at my boat dock about my dads will.

Defendant **County of San Diego Judge Cline** (name) resides in **San Diego (Vista) California** (County of residence), and is employed as a **Judge of Probate Court dept 4** (defendant's position/title (if any)). This defendant is sued in his/her ☒ individual ☒ official capacity. (Check one or both.) Explain how this defendant was acting under color of law: Judge Cline accepted false information from defendants to defraud Plaintiff of over 50,000,000.00 and the 140,000.00 in taxes when on 7-7-06 he ordered on PN26595 that Plaintiff had received money from outside the A.F.L. Trust when actually 272-81615 is in the trust...

Defendant **Merrill Lynch, Karen Merker** (name) resides in **San Diego California 92101** (County of residence), and is employed as a **Manager of Alan F. Lawrie Stock** (defendant's position/title (if any)). This defendant is sued in his/her ☒ individual ☒ official capacity. (Check one or both.) Explain how this defendant was acting under color of law: Merrill Lynch and the broker/manager Karen Merker acted as "mastermind of fraud" by first manipulating stock reports on Alan F. Lawrie Trust, Stock Portfolio by creating false accounts, hiding the IRA 272-81615 from Plaintiff who is beneficiary of will also. Then Karen Merker and Company helped write a forged will! The handwriting of all account contracts match the writing and signatures of the Notary Public's signature, which is spelled incorrectly. Merrill Lynch is responsible party and guardian of records on Alan F. Lawrie Stock Portfolio and assisted all defendants when they deceived Plaintiff in 2002, 2003, and in 2006. The attorney for Merrill Lynch Eric Glassman sent Plaintiff the contract of 272-81615, showing Alan F. Lawrie wrote; 50/50 split for $ to Matt, Yvonne Lawrie #=609,000.00. Merrill Lynch also embezzled money!

C. **Causes of Action** (You may attach additional pages alleging other causes of action and the facts supporting them if necessary.)

Count 1: The following civil right has been violated: Due Process ~~[struck through]~~

(E.g., right to medical care, access to courts, due process, free speech, freedom of religion, freedom of association, freedom from cruel and unusual punishment, etc.)

Supporting Facts: [Include all facts you consider important to Count 1. State what happened clearly and in your own words. You need not cite legal authority or argument. Be certain to describe exactly what each defendant, by name, did to violate the right alleged in Count 1.]

★ THE VIOLATION OF Due Process was on 7-7-06 when the Superior Court at Vista, California made its poor decision to grant petitioner on PN26595 to allow taxes for 140,477.00 against plaintiff when the information was incorrectly stated in petition. Due Process was violated against plaintiff when the judge did not review any IRA or Will material before making this order. All other defendants from 2002-2006 assisted in this fraud: First Robert Lawrie, Trent Lott, the County of San Diego Judge Cline, then Merrill Lynch Karen Merker, Drew Cunningham broker Fc# 3016 and his secretary who forged the AFL. Will's Notary Public Signature. James A. Schmiesing the attorney for Alice Y. Lawrie/Rodriguez who falsely and knowingly put forth PN26595 petition to defraud plaintiff of various rights of 140,477.00 and to block fair trial for SCN160404 by blocking funds. Also, blocking facts that bolster plaintiff assertions that Will is forgery. AFL Trust 272-81615 IRA in will. IRA 272-81615 50/50 split AFL will gives 200K at 8K per month. Why would anyone give 300K on IRA 272-81615 then piece meal out 8K per month for son who in will in reality should get 50% split?!

Steven Haskins hid truth from plaintiff, client and gave Trent-Lott my whereabouts so he could threaten my life, son's family. Blumberg Dagan acted as puppets in whole masquerade by continuing lie that money was given to plaintiff in 2003 from "outside the trust" as seen in PN26595, but it's a lie!

Count 2: The following civil right has been violated: _____
(E.g., right to medical care, access to courts, due process, free speech, freedom of religion, freedom of association, freedom from cruel and unusual punishment, etc.)

Supporting Facts: [Include all facts you consider important to Count 2. State what happened clearly and in your own words. You need not cite legal authority or argument. Be certain to describe exactly what each defendant, *by name*, did to violate the right alleged in Count 2.]



Count 3: The following civil right has been violated:
(E.g., right to medical care, access to courts,

due process, free speech, freedom of religion, freedom of association, freedom from cruel and unusual punishment, etc.)

Supporting Facts:  [Include all facts you consider important to Count 3. State what happened clearly and in your own words. You need not cite legal authority or argument. Be certain to describe exactly what each defendant, *by name*, did to violate the right alleged in Count 3.]

D. Previous Lawsuits and Administrative Relief

1. Have you filed other lawsuits in state or federal courts dealing with the same or similar facts involved in this case? ~~Yes~~ ✗No.  *These are New facts with New items of evidence from IRS 11/27/12 and Merrill Lynch 272-81615 2/5/13*

If your answer is "Yes", describe each suit in the space below. [If more than one, attach additional pages providing the same information as below.]

(a) Parties to the previous lawsuit:
Plaintiffs: _____

Defendants: _____

(b) Name of the court and docket number: _____

(c) Disposition: [For example, was the case dismissed, appealed, or still pending?] _____

(d) Issues raised:

_____

_____

_____

(e) Approximate date case was filed: _____
(f) Approximate date of disposition: _____

2. Have you previously sought and exhausted all forms of informal or formal relief from the proper administrative officials regarding the acts alleged in Part C above? [E.g., CDC Inmate/Parolee Appeal Form 602, etc.] ? ☐ Yes ☒ No.  *NoT Prison Matter!*

If your answer is "Yes", briefly describe how relief was sought and the results. If your answer is "No", briefly explain why administrative relief was not sought.

*This is not in the CDC jurisdiction. But I have notified FBI Keith Slotter SAC (858) 565-1255 and he is assisting in a Non official Manner (NOC = Plaintiff) I correspond w/ Slotter and report often but require better methods of communication "Please". In the interest of JUSTICE!"*

### E. Request for Relief

Plaintiff requests that this Court grant the following relief:

1. An injunction preventing defendant(s): Access TO: Alan F. Lawrie Trust.

2. Damages in the sum of $ TBA

3. Punitive damages in the sum of $ TBA

4. Other: TBA
I just want what is supposed to be mine from my dad 50%.

### F. Demand for Jury Trial

Plaintiff demands a trial by ☒ Jury / ☐ Court. (Choose one.)

### G. Consent to Magistrate Judge Jurisdiction

In order to insure the just, speedy and inexpensive determination of Section 1983 Prisoner cases filed in this district, the Court has adopted a case assignment involving direct assignment of these cases to magistrate judges to conduct all proceedings including jury or bench trial and the entry of final judgment on consent of all the parties under 28 U.S.C. § 636(c), thus waiving the right to proceed before a district judge. The parties are free to withhold consent without adverse substantive consequences.

The Court encourages parties to utilize this efficient and expeditious program for case resolution due to the trial judge quality of the magistrate judges and to maximize access to the court system in a district where the criminal case loads severely limits the availability of the district judges for trial of civil cases. Consent to a magistrate judge will likely result in an earlier trial date. If you request that a district judge be designated to decide dispositive motions and try your case, a magistrate judge will nevertheless hear and decide all non-dispositive motions and will hear and issue a recommendation to the district judge as to all dispositive motions.

You may consent to have a magistrate judge conduct any and all further proceedings in this case, including trial, and the entry of final judgment by indicating your consent below.

Choose only one of the following:

☐ Plaintiff consents to magistrate judge jurisdiction as set forth above.

OR

☒ Plaintiff requests that a district judge be designated to decide dispositive matters and trial in this case.

I declare under the penalty of perjury that the foregoing is true and correct.

2/26/13
Date

Matthew Alan Lawrie
Signature of Plaintiff

Matthew Alan Lawrie

| | |
|---|---|
| Matthew Alan Lawrie, F-74464 | United States Courts |
| 900 Quebec Ave. | Southern District of California |
| Corcoran, Ca 93212 | Civil Case No _____ |
| In Proper | Memorandum of Points and |
| (559) 992-7100 | authorities and Notice of |
| | Exhibits in Support of |
| Lawrie V. County, does 1-100 | "Complaint 42 USC §1983" |
| | Violation of Due Process |

I Matthew Alan Lawrie hereby submit the Notice of Memorandum of Points and authorities and Exhibit in Support of this Complaint that My Due process rights were Violated by the County of San Diego, Robert Lawrie, Trent Lott, Merrill Lynch, James A. Schmiesing, Steven Huskins, Alice-Yvonne Lawrie/Rodriguez, Blumberg Dagan LLP. and does 1-100.

The Exhibits Shown following this page Show Course of deceit and fraud Which did so Violate Plaintiff's "due process rights".

1) Merrill Lynch Contract of Alan F. Lawrie dated: 11/26/97 IRA 272-81615 50%-50% (IN TRUST)
2) Merrill Lynch Portfolio 272-81615 11/29/2002 = 274,564.76 "Origin" of Money Plaintiff received 2003
3) Merrill Lynch 272-81615 account Plan Value 60,965,829 "origin" of Plaintiffs Money 272-85850
4) Merrill Lynch Page 1 of 272-85850 Valued $176,677.28 balance of Split on 272-81615
5) Susan Stricklin Wilson, attorney declaration for production of will for client Lawrie.
6) Page 1 of AFL Will
7) Page 3 of AFL Will Which alleges 200,000.00 in trust for plaintiff at 8,000.00 mo
8) Page 4 of AFL Will Per 8,000.00 Month Which is Contradiction to 272-81615, 50/50!
9) Exhibit B of Notary Signature Which is Spelled wrong and T-J mixed and is 100% identical to Merrill Lynch Secretary's Writing on all Contracts.! Forgery!
10) AFL Will, Trust Assets See particularly #4b IRA 272-81615 "IN TRUST"!

Note: Sent Copy w/envelope 2/5/13 from Glossman
As 17 B ex page taped/stapled to P. 17.

11) Petition by James A. Schmiesing dated 7/24/06 for Alice Y. Lawrie/Rodriguez
12) Superior Court minutes of Judge Cline dept. 4 PN26595 7/7/06 which is oddly dated before the petition. Why is order before petition? Unless this Court thought it was party to this action and acted on its own.
13) Page 2 PN26595 order 7-7-06 (Matthew also received $266,100.00 consisting of IRA "outside the trust" for a total of $466,111.00) which allowed: Taxation without proclamation to occur and fraud which violated plaintiffs "due process" and is the cause of this action.
14) letter from court giving jurisdiction of probate to another court.
15) IRS 272-81615 falsely reported as 2,100.00 distribution but correctly admitted at beneficiary status. Merrill Lynch committed fraud to IRS! See Next Page 272-85850 $156,878.00 from? (272-81615)
16) Ex 12 CECG00027 PSO
17) Proof of service Merrill Lynch fired broker Drew Cunningham F.O. 3016
18) letter from Merrill Lynch by Amanda Hall 6/27/11
19) Copy of envelope from Merrill Lynch Rec. 10/8/11
20) letter from SEC atty. Leslie M. Garner
21) IRS letter 10/30/12 shows NO TAXES PAID BY TRUSTEE PER PN26595
22) OSC w/ attorney Eric J. Glassman where he tried to give false name to Court. EX. 22 B ENVELOPE FROM Eric J. Glassman w/ 272-81615
23) letter from Eric J. Glassman in objection
24) letters from Comptroller of the Currency Administrator of National Banks.
25) D.O.J letter 10/22/12
26) letter from F.B.I
27) My letter to F.BI dated 1/3/13
28) Summons to Steven Haskins
29) Civil Complaint Lawrie V. Haskins
30) Proof of Service by Susan Stricklin Wilson

3.) 11-57188 Ninth Circuit denial due to the violation of the Constitutional Right to: "Due process"

I Matthew Alan Lawrie the plaintiff hereby submit these exhibits in support of my allegations that all of the defendants sought to defraud me of my Constitutional rights to "due process" on 7-7-06 and before and after and currently. Without money due to me in will I was wrongly found guilty in SCN160404 because I had no money to fight my case and I could not call witnesses nor hire competent representation. All the defendants sought to defraud me from the murder of my late father Mr. Alan F Lawrie in October 2002 where Alice Y. Lawrie shot my dad with a shotgun at 3693 peres Rd Escondido, California, then she had a fake burial after she had my dad cremated to cover-up crime. Crime was murder and she would not have received money from estate equal to $100,000,000.00 in Merrill Lynch. All defendants did act in coersion and unity.

I Matthew Alan Lawrie hereby submit this under the laws of perjury under the laws of California as true and correct.

dated: 2/26/13            Matthew Alan Lawrie
                          Matthew Alan Lawrie

JS 44 (Rev. 12/12)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

## I. (a) PLAINTIFFS
Matthew Alan Lawrie
F-74464

## DEFENDANTS
State of California, et al.

**(b)** County of Residence of First Listed Plaintiff: Kings
*(EXCEPT IN U.S. PLAINTIFF CASES)*

County of Residence of First Listed Defendant: _____
*(IN U.S. PLAINTIFF CASES ONLY)*
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

2254   1983
FILING FEE PAID
Yes ___   No ___

IFP MOTION FILED
Yes ✓   No ___

COPIES SENT TO:
Court ___   ProSe ___

**(c)** Attorneys *(Firm Name, Address, and Telephone Number)*
Matthew Alan Lawrie
900 Quebec Ave
Corcoran CA 93212

Attorneys *(If Known)*

FILED
MAR 0 6 2013
CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

13CV0539 LAB WVG

## II. BASIS OF JURISDICTION *(Place an "X" in One Box Only)*

- ☐ 1 U.S. Government Plaintiff
- ☒ 3 Federal Question (U.S. Government Not a Party)
- ☐ 2 U.S. Government Defendant
- ☐ 4 Diversity *(Indicate Citizenship of Parties in Item III)*

## III. CITIZENSHIP OF PRINCIPAL PARTIES *(Place an "X" in One Box for Plaintiff and One Box for Defendant)* (For Diversity Cases Only)

|   | PTF | DEF |   | PTF | DEF |
|---|-----|-----|---|-----|-----|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT *(Place an "X" in One Box Only)*

| CONTRACT | TORTS | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** / **PERSONAL INJURY** | ☐ 625 Drug Related Seizure of Property 21 USC 881 | ☐ 422 Appeal 28 USC 158 | ☐ 375 False Claims Act |
| ☐ 120 Marine | ☐ 310 Airplane / ☐ 365 Personal Injury - Product Liability | ☐ 690 Other | ☐ 423 Withdrawal 28 USC 157 | ☐ 400 State Reapportionment |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability / ☐ 367 Health Care/ Pharmaceutical Personal Injury Product Liability | | | ☐ 410 Antitrust |
| ☐ 140 Negotiable Instrument | ☐ 320 Assault, Libel & Slander | | **PROPERTY RIGHTS** | ☐ 430 Banks and Banking |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 330 Federal Employers' Liability | | ☐ 820 Copyrights | ☐ 450 Commerce |
| ☐ 151 Medicare Act | ☐ 340 Marine / ☐ 368 Asbestos Personal Injury Product Liability | | ☐ 830 Patent | ☐ 460 Deportation |
| ☐ 152 Recovery of Defaulted Student Loans (Excludes Veterans) | ☐ 345 Marine Product Liability | | ☐ 840 Trademark | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | | **PERSONAL PROPERTY** | **LABOR** | ☐ 480 Consumer Credit |
| ☐ 160 Stockholders' Suits | ☐ 350 Motor Vehicle / ☐ 370 Other Fraud | ☐ 710 Fair Labor Standards Act | **SOCIAL SECURITY** | ☐ 490 Cable/Sat TV |
| ☐ 190 Other Contract | ☐ 355 Motor Vehicle Product Liability / ☐ 371 Truth in Lending | ☐ 720 Labor/Management Relations | ☐ 861 HIA (1395ff) | ☐ 850 Securities/Commodities/ Exchange |
| ☐ 195 Contract Product Liability | ☐ 360 Other Personal Injury / ☐ 380 Other Personal Property Damage | ☐ 740 Railway Labor Act | ☐ 862 Black Lung (923) | ☐ 890 Other Statutory Actions |
| ☐ 196 Franchise | ☐ 362 Personal Injury - Medical Malpractice / ☐ 385 Property Damage Product Liability | ☐ 751 Family and Medical Leave Act | ☐ 863 DIWC/DIWW (405(g)) | ☐ 891 Agricultural Acts |
| | | ☐ 790 Other Labor Litigation | ☐ 864 SSID Title XVI | ☐ 893 Environmental Matters |
| | | ☐ 791 Employee Retirement Income Security Act | ☐ 865 RSI (405(g)) | ☐ 895 Freedom of Information Act |
| **REAL PROPERTY** | **CIVIL RIGHTS** / **PRISONER PETITIONS** | | **FEDERAL TAX SUITS** | ☐ 896 Arbitration |
| ☐ 210 Land Condemnation | ☐ 440 Other Civil Rights / **Habeas Corpus:** | | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 899 Administrative Procedure Act/Review or Appeal of Agency Decision |
| ☐ 220 Foreclosure | ☐ 441 Voting / ☐ 463 Alien Detainee | | ☐ 871 IRS—Third Party 26 USC 7609 | ☐ 950 Constitutionality of State Statutes |
| ☐ 230 Rent Lease & Ejectment | ☐ 442 Employment / ☐ 510 Motions to Vacate Sentence | | | |
| ☐ 240 Torts to Land | ☐ 443 Housing/ Accommodations / ☐ 530 General | | | |
| ☐ 245 Tort Product Liability | ☐ 445 Amer. w/Disabilities - Employment / ☐ 535 Death Penalty | **IMMIGRATION** | | |
| ☐ 290 All Other Real Property | | ☐ 462 Naturalization Application | | |
| | ☐ 446 Amer. w/Disabilities - Other / **Other:** ☐ 540 Mandamus & Other | ☐ 465 Other Immigration Actions | | |
| | ☐ 448 Education / ☒ 550 Civil Rights | | | |
| | / ☐ 555 Prison Condition | | | |
| | / ☐ 560 Civil Detainee - Conditions of Confinement | | | |

## V. ORIGIN *(Place an "X" in One Box Only)*

- ☒ 1 Original Proceeding
- ☐ 2 Removed from State Court
- ☐ 3 Remanded from Appellate Court
- ☐ 4 Reinstated or Reopened
- ☐ 5 Transferred from Another District *(specify)*
- ☐ 6 Multidistrict Litigation

## VI. CAUSE OF ACTION
Cite the U.S. Civil Statute under which you are filing *(Do not cite jurisdictional statutes unless diversity)*:
42:1983
Brief description of cause:
Prisoner Civil Rights

## VII. REQUESTED IN COMPLAINT:
☐ CHECK IF THIS IS A CLASS ACTION UNDER RULE 23, F.R.Cv.P.

DEMAND $ _____

CHECK YES only if demanded in complaint:
JURY DEMAND:   ☐ Yes   ☐ No

## VIII. RELATED CASE(S) IF ANY
*(See instructions):*
JUDGE _____   DOCKET NUMBER _____

DATE: 03/06/2013
SIGNATURE OF ATTORNEY OF RECORD: s/ SKHoestenbach

**FOR OFFICE USE ONLY**
RECEIPT # _____   AMOUNT _____   APPLYING IFP _____   JUDGE _____   MAG. JUDGE _____

CSATF/STATE PRISON AT CORCORAN
P.O. 5246
CORCORAN, CA 93212
NAME Matthew Alan Irvie
NUMBER F-74464
HOUSING E-5, 81 Low

attn: Was Evidence
STATE PRISON "urgent"
GENERATED MAIL

United States District Court
Southern District of California
Office of the Clerk
Edward J. Schwartz Federal Building
880 Front Street
Room 4290
San Diego, California 92101-8900
U.S.A.

02 1M
0004284592
MAILED FROM ZIP CODE 93212
$00.86
MAR 04 2013
PITNEY BOWES

